# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **DAVID RUSSELL HOWARD,** | § | |
| | § | |
| ***Plaintiff*****,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-00344-LS** |
| | § | |
| **AKIMA GLOBAL SERVICES, LLC AND AKIMA, LLC,** | § | |
| | § | |
| | § | |
| ***Defendants*****.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO COMPEL ARBITRATION IN PART**

Defendants Akima Global Services, LLC and Akima, LLC filed a motion to compel arbitration and to dismiss or, in the alternative, to stay proceedings pending arbitration.[1] The Court referred the motion to U.S. Magistrate Judge Laura Enriquez for a report and recommendation.[2] Judge Enriquez recommends that the motion be granted in part and denied in part.[3] Specifically, she recommends that arbitration be compelled and that the case be stayed pending arbitration.[4]

The parties have not filed objections to the report and recommendation. If no objection is made to a magistrate judge's recommendation, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."[5] The Court has reviewed the report and recommendation and does not find its conclusions to be clearly erroneous or contrary to law. Therefore, the Court **ADOPTS** the report and recommendation of the Magistrate Judge and **GRANTS IN PART** Defendants' motion to compel arbitration [ECF No. 8].

---

[1] ECF No. 8.
[2] ECF No.13.
[3] ECF No. 15.
[4] *Id.* at 3–4.
[5] *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

All judicial proceedings in the above-captioned cause are hereby stayed pending the outcome of arbitration. The parties shall file joint status updates with the Court every **60 days** from the date of this Order.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 31, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**